No. 87-2052. M. E. F. ENTERPRISES, INC., ET AL. *v.* CITY OF HOUSTON ET AL. C. A. 5th Cir. Certiorari denied.

No. 87-5813. YATES *v.* HARDIMAN, EXECUTIVE DIRECTOR OF THE COOK COUNTY DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 87-5816. NEWSOME *v.* LANE, DIRECTOR, ILLINOIS DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 87-5884. MILLER *v.* O'LEARY, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 87-6031. ROMAN *v.* ABRAMS, ATTORNEY GENERAL OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 87-6154. SCHREIBER *v.* SALAMACK, SUPERINTENDENT, EDGECOMBE CORRECTIONAL FACILITY. C. A. 2d Cir. Certio-rari denied.

No. 87-6302. SMITH *v.* MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 87-6789. HARREN *v.* THORNBURG, ATTORNEY GENERAL OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 88-828. BIAGGI ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88-892. KINOY *v.* TOLSON, EXECUTOR OF THE ESTATE OF HOOVER, ET AL. C. A. 2d Cir. Certiorari denied.

No. 88-907. SKELTON *v.* ACTION. C. A. D. C. Cir. Certio-rari denied.

No. 88-919. MCCARTHY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88-924. GRONDA *v.* NEWMAN, ACTING SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.